| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF NEVADA | |
| Case number *(if known)* | Chapter **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
MECHANICAL TECHNOLOGIES CORP.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA ALPINE AIR

**3. Debtor's federal Employer Identification Number** (EIN)  
88-0443557

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1020 S. ROCK BLVD<br>SUITE G<br>Reno, NV 89502 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Washoe | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  alpineheatingandair.com

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **MECHANICAL TECHNOLOGIES CORP.**                                    Case number (*if known*)  _____
        Name

7. **Describe debtor's business**   A. *Check one:*
   
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   
   ■ None of the above
   
   B. *Check all that apply*
   
   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))
   
   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      
      ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*
   
   ☐ Chapter 7
   
   ☐ Chapter 9
   
   ■ Chapter 11. *Check all that apply*:
   
       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
   
       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   
       ☐ A plan is being filed with this petition.
   
       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   
       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   
       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**   ■ No.   ☐ Yes.
   
   If more than 2 cases, attach a separate list.
   
   District _____   When _____   Case number _____
   
   District _____   When _____   Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**   ■ No   ☐ Yes.
    
    List all cases. If more than 1, attach a separate list
    
    Debtor _____                                         Relationship _____
    
    District _____   When _____   Case number, if known _____

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                                   page 2

Debtor **MECHANICAL TECHNOLOGIES CORP.**　　　　　　　　Case number (*if known*) _____
　　　　Name

**11. Why is the case filed in *this district*?**　*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.　Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**　*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **MECHANICAL TECHNOLOGIES CORP.**      Case number (*if known*) _____
      Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 26, 2019**
                   MM / DD / YYYY

**X**   **/s/ JOHN DONOVAN**                   **JOHN DONOVAN**
     Signature of authorized representative of debtor     Printed name

Title    **PRESIDENT**

**18. Signature of attorney**

**X**   **/s/ STEPHEN R. HARRIS**         Date   **September 26, 2019**
     Signature of attorney for debtor                        MM / DD / YYYY

**STEPHEN R. HARRIS**
Printed name

**HARRIS LAW PRACTICE LLC**
Firm name

**6151 LAKESIDE DRIVE**
**SUITE 2100**
**RENO, NV 89511**
Number, Street, City, State & ZIP Code

Contact phone   **775-786-7600**     Email address   **steve@harrislawreno.com**

**001463 NV**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **MECHANICAL TECHNOLOGIES CORP.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 26, 2019**      X **/s/ JOHN DONOVAN**
                                          Signature of individual signing on behalf of debtor

                                          **JOHN DONOVAN**
                                          Printed name

                                          **PRESIDENT**
                                          Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **MECHANICAL TECHNOLOGIES CORP.**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BUILDING CONTROL SERVICES<br>8521 WHITE FIR ST STE C1A<br>Reno, NV 89523 | | GOODS/ SERVICES | | | | $54,656.00 |
| CLIFTON LARSON ALLEN LLP<br>PO BOX 31001-2418<br>Pasadena, CA 91110 | | GOODS/ SERVICES | | | | $12,000.00 |
| CONTROL INSTALLATION SPECIALISTS LLC<br>3983 S MCCARRAN BLVD<br>Reno, NV 89502 | | GOODS/ SERVICES | | | | $26,737.50 |
| E-MINUS, LLC<br>5474 LONGLEY BLVD<br>STE 200<br>Reno, NV 89511 | | GOODS/ SERVICES | | | | $15,300.00 |
| FARWEST INSULATION CONTRACTING<br>1220 S SHERMAN ST<br>Anaheim, CA 92805 | | GOODS/ SERVICES | | | | $18,225.98 |
| FASTENAL COMPANY<br>PO BOX 1286<br>Winona, MN 55987 | | GOODS/ SERVICES | | | | $15,570.48 |
| FERGUSON ENTERPRISES, INC.<br>1025 S ROCK BLVD<br>Reno, NV 89502 | | GOODS/ SERVICES | | | | $46,762.39 |

Debtor **MECHANICAL TECHNOLOGIES CORP.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **HERC RENTALS INC.**<br>PO BOX 936257<br>Atlanta, GA 31193 | | **GOODS/ SERVICES** | | | | $22,207.10 |
| **J.W. MCCLENAHAN CO**<br>C/O MCINERNEY & DILLON, PC<br>1999 HARRISON STREET<br>STE 1700<br>Oakland, CA 94612 | | **PENDING LITIGATION** | **Contingent Unliquidated Disputed** | | | $529,131.00 |
| **JOHN MCFADDEN**<br>621 AJA PLACE<br>Dayton, NV 89403 | | **COMMISSIONS OWED** | | | | $72,578.32 |
| **LIEBERT CORPORATION**<br>PO BOX 70474<br>Chicago, IL 60673 | | **GOODS/ SERVICES** | | | | $37,524.65 |
| **MESA ENERGY SYSTEMS DBA EMCOR**<br>2 CROMWELL<br>Irvine, CA 92618 | | **GOODS/ SERVICES** | | | | $44,474.75 |
| **MTECH LLC**<br>7 CEDAR STREET<br>WOBURN, MA 01801 | | **ALLOCATED SHARE OF OVERHEAD EXPENSES** | | | | $327,639.10 |
| **NORMAN WRIGHT MECHANICAL EQUIPMENT CORP**<br>99A SOUTH HILL DR<br>Brisbane, CA 94005 | | **GOODS/ SERVICES** | | | | $72,651.24 |
| **RANGER CONSTRUCTION INC.**<br>1020 S. ROCK BLVD., UNIT G<br>RENO, NV 89502 | | **MONIES ADVANCED** | | | | $380,375.23 |
| **RUSSELL SIGLER, INC.**<br>**ROBERT QUALEY, ESQ**<br>**QUALEY LAW GROUP**<br>2320 PASEO DEL PRADO B-205<br>Las Vegas, NV 89102 | | **PENDING LITIGATION** | **Contingent Unliquidated Disputed** | | | $14,385.50 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Debtor  **MECHANICAL TECHNOLOGIES CORP.**                          Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SUNBELT CONTROLS**<br>PO BOX 847358<br>Los Angeles, CA 90084 | | GOODS/ SERVICES | | | | $12,084.30 |
| **SUPERIOR DUCT FABRICATION**<br>1683 MT. VERNON AVE<br>Pomona, CA 91768 | | GOODS/ SERVICES | | | | $74,158.00 |
| **UNITED RENTALS NORTH AMERICA**<br>FILE 51122<br>Los Angeles, CA 90074 | | GOODS/ SERVICES | | | | $9,501.34 |
| **WAYNE BAKER/ASPEN ENGINEERING**<br>5474 LONGLEY LN STE 200<br>Reno, NV 89502 | | GOODS/ SERVICES | | | | $19,000.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re  **MECHANICAL TECHNOLOGIES CORP.**  
Debtor(s)

Case No.  
Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **ACTUAL FEES/COSTS** |
   | Prior to the filing of this statement I have received | $ **10,000.00** |
   | Balance Due | $ **UNKNOWN** |

2. The source of the compensation paid to me was:

   ☑ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 17, 2019**  
*Date*

**/s/ STEPHEN R. HARRIS**  
**STEPHEN R. HARRIS**  
*Signature of Attorney*  
**HARRIS LAW PRACTICE LLC**  
**6151 LAKESIDE DRIVE**  
**SUITE 2100**  
**RENO, NV 89511**  
**775-786-7600   Fax: 775-786-7764**  
**steve@harrislawreno.com**  
*Name of law firm*

---

## United States Bankruptcy Court
**District of Nevada**

In re **MECHANICAL TECHNOLOGIES CORP.**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JOHN F. DONOVAN**<br>**23005 DEL MONTE WAY**<br>**Los Gatos, CA 95033** | | **51%** | **SHAREHOLDER** |
| **MICHAEL J. DONOVAN**<br>**23449 SUNSET DRIVE**<br>**Los Gatos, CA 95033** | | **49%** | **SHAREHOLDER** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **September 26, 2019**   Signature **/s/ JOHN DONOVAN**  
**JOHN DONOVAN**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Nevada

In re: **MECHANICAL TECHNOLOGIES CORP.**
Debtor(s)

Case No.
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **September 26, 2019**

/s/ JOHN DONOVAN
**JOHN DONOVAN**/**PRESIDENT**
Signer/Title

```
MECHANICAL TECHNOLOGIES CORP.
1020 S. ROCK BLVD
SUITE G
RENO, NV 89502

STEPHEN R. HARRIS
HARRIS LAW PRACTICE LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NV 89511

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346

NEVADA DEPARTMENT OF MOTOR VEHICLES
LEGAL DIVISION
855 WRIGHT WAY
CARSON CITY, NV 89711

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON
STE 1300
LAS VEGAS, NV 89101

NEVADA LABOR COMMISSION
1818 E. COLLEGE DRIVE
#102
CARSON CITY, NV 89706

OFFICE OF THE UNITED STATES TRUSTEE
300 BOOTH STREET ROOM 3009
RENO, NV 89509

ALLY
PO BOX 78234
PHOENIX, AZ 85062

ASSOCIATED CRANE, LLC
PO BOX 2141
SPARKS, NV 89432

BT FABRICATION, LLC
1001 GREG ST
SPARKS, NV 89431

BUILDING CONTROL SERVICES
8521 WHITE FIR ST
STE C1A
RENO, NV 89523

CAPTIVE AIR
PO BOX 60270
CHARLOTTE, NC 28260
```

```
CARSON VALLEY SUPPLY, INC.
3650 RESEARCH WAY
#21
CARSON CITY, NV 89706

CFM EQUIPMENT DISTRIBUTORS, INC.
1644 MAIN AVE
SACRAMENTO, CA 95838

CHARLES LYNN
177 CREST DR
WATSONVILLE, CA 95076

CHICKEN HAWK TRANSPORT LLC
PO BOX 2141
SPARKS, NV 89432

CINTAS CORP
PO BOX 650838
DALLAS, TX 75265

CLIFTON LARSON ALLEN LLP
PO BOX 31001-2418
PASADENA, CA 91110

CONTROL INSTALLATION SPECIALISTS LLC
3983 S MCCARRAN BLVD
RENO, NV 89502

CORPORATE CHARTERS INC.
385 REED ST
SANTA CLARA, CA 95050

DESERT HILLS FIRE AND SECURITY SYSTEMS
2136 KLEPPE LANE
SPARKS, NV 89431

DMG NORTH, INC
4795 HEYER AVE
CASTRO VALLEY, CA 94546

E-MINUS, LLC
5474 LONGLEY BLVD
STE 200
RENO, NV 89511

FARWEST INSULATION CONTRACTING
1220 S SHERMAN ST
ANAHEIM, CA 92805

FASTENAL COMPANY
PO BOX 1286
WINONA, MN 55987
```

```
FERGUSON ENTERPRISES, INC.
1025 S ROCK BLVD
RENO, NV 89502

FILTER CONNECTION
750 FREEPORT BLVD
#104
SPARKS, NV 89431

HERC RENTALS INC.
PO BOX 936257
ATLANTA, GA 31193

HILTI
PO BOX 11870
NEWARK, NJ 07101

J.W. MCCLENAHAN CO
C/O MCINERNEY & DILLON, PC
1999 HARRISON STREET
STE 1700
OAKLAND, CA 94612

JOHN F. DONOVAN
23005 DEL MONTE WAY
LOS GATOS, CA 95033

JOHN MCFADDEN
621 AJA PLACE
DAYTON, NV 89403

JULIETTE DONOVAN
23005 DEL MONTE WAY
LOS GATOS, CA 95033

LIEBERT CORPORATION
PO BOX 70474
CHICAGO, IL 60673

MARY DONOVAN
23449 SUNSET DRIVE
LOS GATOS, CA 95033

MASS MUTUAL
PO BOX 219062
KANSAS CITY, MO 64121

MESA ENERGY SYSTEMS DBA EMCOR
2 CROMWELL
IRVINE, CA 92618
```

```
MICHAEL DONOVAN
C/O JULIE ROME-BANKS, ESQ.
BINDER & MALTER LLP
2775 PARK AVE
SANTA CLARA, CA 95050

MICHAEL J. DONOVAN
23449 SUNSET DRIVE
LOS GATOS, CA 95033

MORGAN CONSTRUCTION INC
PO BOX 532
SPARKS, NV 89432

MTECH LLC
7 CEDAR STREET
WOBURN, MA 01801

NDI PLUMBING INC
39 GLEN CARRAN CIR.
SPARKS, NV 89431

NEXT GENERATION DRYWALL, LLC
1533 GREG ST
SPARKS, NV 89431

NORMAN WRIGHT MECHANICAL EQUIPMENT CORP
99A SOUTH HILL DR
BRISBANE, CA 94005

OHIO CASUALTY


PRAXAIR DISTRIBUTION, INC
DEPT. LA21511
PASADENA, CA 91185

QUICK SPACE
PO BOX 89510
RENO, NV 89510

RAGLEN SYSTEMS BALANCE INC
898 MAESTRO DR
STE 100
RENO, NV 89511

RANGER CONSTRUCTION INC.
1020 S. ROCK BLVD., UNIT G
RENO, NV 89502

RANGER CONSTRUCTION, INC.
ADDRESS UNKNOWN
```

```
REFRIGERATION SUPPLIES DISTRIBUTOR
26021 ATLANTIC OCEAN DR
LAKE FOREST, CA 92630

RUSSELL SIGLER, INC.
ROBERT QUALEY, ESQ
QUALEY LAW GROUP
2320 PASEO DEL PRADO B-205
LAS VEGAS, NV 89102

SANI-HUT COMPANY INC
191 N 1ST ST.
SAN JOSE, CA 95113

SLAKEY BROTHERS INC.
PO BOX 742444
LOS ANGELES, CA 90074

SUNBELT CONTROLS
PO BOX 847358
LOS ANGELES, CA 90084

SUPERIOR DUCT FABRICATION
1683 MT. VERNON AVE
POMONA, CA 91768

TRANE US, INC
PO BOX 98167
CHICAGO, IL 60693

TRUCKEE-TAHOE LUMBER CO
PO BOX 369
TRUCKEE, CA 96160

UNITED RENTALS NORTH AMERICA
FILE 51122
LOS ANGELES, CA 90074

US AIR CONDITIONING DIST, INC
PO BOX 1111
LA PUENTE, CA 91749

VIBRO ACOUSTICS
PO BOX 66512
CHICAGO, IL 60066

WAYNE BAKER/ASPEN ENGINEERING
5474 LONGLEY LN
STE 200
RENO, NV 89502

WELLS FARGO
PO BOX 17900
DENVER, CO 80217
```

```
WW GRAINGER, INC.
PO BOX 419267
KANSAS CITY, MO 64141
```

# United States Bankruptcy Court
### District of Nevada

In re   **MECHANICAL TECHNOLOGIES CORP.**   Case No.
                           Debtor(s)   Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **MECHANICAL TECHNOLOGIES CORP.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 26, 2019**
Date

/s/ STEPHEN R. HARRIS
**STEPHEN R. HARRIS**
Signature of Attorney or Litigant
Counsel for   **MECHANICAL TECHNOLOGIES CORP.**
**HARRIS LAW PRACTICE LLC**
**6151 LAKESIDE DRIVE**
**SUITE 2100**
**RENO, NV 89511**
**775-786-7600 Fax:775-786-7764**
**steve@harrislawreno.com**

## United States Bankruptcy Court
### District of Nevada

In re   **MECHANICAL TECHNOLOGIES CORP.**                              Case No.

                                    Debtor(s)                         Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **JOHN DONOVAN**, declare under penalty of perjury that I am the **PRESIDENT** of **MECHANICAL TECHNOLOGIES CORP.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **17TH** day of **SEPTEMBER**, 20**19**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **JOHN DONOVAN**, **PRESIDENT** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **JOHN DONOVAN**, **PRESIDENT** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **JOHN DONOVAN**, **PRESIDENT** of this Corporation is authorized and directed to employ **STEPHEN R. HARRIS**, attorney and the law firm of **HARRIS LAW PRACTICE LLC** to represent the corporation in such bankruptcy case."

Date **September 17, 2019**                    Signed   **/s/ JOHN DONOVAN**
                                                        **JOHN DONOVAN**

Resolution of Board of Directors
of
**MECHANICAL TECHNOLOGIES CORP.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **JOHN DONOVAN**, **PRESIDENT** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **JOHN DONOVAN**, **PRESIDENT** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **JOHN DONOVAN**, **PRESIDENT** of this Corporation is authorized and directed to employ **STEPHEN R. HARRIS**, attorney and the law firm of **HARRIS LAW PRACTICE LLC** to represent the corporation in such bankruptcy case.

Date **September 17, 2019**    Signed **/s/ JOHN DONOVAN**

Date **September 17, 2019**    Signed _____