STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

*****

IN RE:

MECHANICAL TECHNOLOGIES CORP.
dba ALPINE AIR,

Debtor.

_____/

CASE NO. 19-51146-btb
(Chapter 11)

**DECLARATION OF PROPOSED ATTORNEY TO BE EMPLOYED UNDER GENERAL RETAINER**
**[HARRIS LAW PRACTICE LLC]**

Hrg. Date: N/A
Hrg. Time: N/A

I, STEPHEN R. HARRIS, do hereby swear under the penalty of perjury that the assertions of this Declaration are true.

1. I am an attorney-at-law admitted to practice before this Court and am an attorney with the law firm of HARRIS LAW PRACTICE LLC, which law firm maintains offices at 6151 Lakeside Drive, Suite 2100, Reno, Nevada 89511.

2. Neither I, the firm of HARRIS LAW PRACTICE LLC, nor any member or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtor herein, its creditors, or any other party in interest, or their respective attorneys and accountants, the United States Trustee, or any person in the office of the United States Trustee.

3. Neither I, the firm of HARRIS LAW PRACTICE LLC, nor any member or associate thereof, insofar as I have been able to ascertain, represent any interest adverse to that of

the estate of the Debtor.

4. Based on the foregoing, I believe that STEPHEN R. HARRIS, ESQ. and the members and associates of the law firm, HARRIS LAW PRACTICE LLC, are "disinterested person(s)" within the meaning of Sections 101(14) and 327 of the Bankruptcy Code.

DATED this 9th day of October, 2019.

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC

By: _____
Proposed Attorneys for Debtor