

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
October 22, 2019

STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

*****

| | |
|---|---|
| IN RE: | CASE NO. 19-51146-btb |
| | (Chapter 11) |
| MECHANICAL TECHNOLOGIES CORP. dba ALPINE AIR, | **ORDER APPROVING EX PARTE APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY ATTORNEYS UNDER A GENERAL RETAINER** |
| | **[HARRIS LAW PRACTICE LLC]** |
| Debtor. | **Hrg. Date: N/A** |
| _____ / | **Hrg. Time: N/A** |

Pursuant to the EX PARTE APPLICATION FOR ORDER AUTHORIZING DEBTOR

TO EMPLOY ATTORNEYS UNDER A GENERAL RETAINER [HARRIS LAW PRACTICE

LLC] [Docket No. 11], filed herein on October 9, 2019, by MECHANICAL TECHNOLOGIES

CORP. dba ALPINE AIR (hereinafter "Debtor"), Debtor and Debtor-in-Possession herein,

1  requesting authorization to employ attorneys, STEPHEN R. HARRIS, ESQ., of HARRIS LAW

2  PRACTICE LLC, to act as its general bankruptcy counsel, and the DECLARATION OF

3  PROPOSED ATTORNEY TO BE EMPLOYED UNDER GENERAL RETAINER [HARRIS

4  LAW PRACTICE LLC] sworn to on October 9, 2019 [Docket No. 12]; and good cause appearing:

5      **IT IS HEREBY ORDERED** that Debtor is authorized to employ and retain STEPHEN

6  R. HARRIS, ESQ., and the law firm of HARRIS LAW PRACTICE LLC, pursuant to and under

7  a general retainer on the terms and conditions recited in the Application, to represent it in this

8  Chapter 11 case *nunc pro tunc* to September 26, 2019, and for such other and further relief as the

9  Court deems just under the circumstances.

10

11  Submitted by:

12  HARRIS LAW PRACTICE LLC

13  */s/ Stephen R. Harris*

14  _____

15  STEPHEN R. HARRIS, ESQ.
   Proposed Attorneys for Debtor

16

17  Approved by:

18  OFFICE OF THE U.S. TRUSTEE

19  */s/ Cameron M. Gulden*

20  _____

21  CAMERON M. GULDEN, ESQ.

22

23

24            # # #

25

26

27

28